Randall L. Jeffs, #12129
Kevin D. Jeffs, #12563
JEFFS & JEFFS, P.C.
90 North 100 East
P.O. Box 888
Provo, UT 84603
Telephone: (801) 373-8848
Email: rzjeffs@jeffslawoffice.com
       kdjeffs@jeffslawoffice.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| YOHANA GARDNER, an individual, and BRYCE GARDNER, an individual,<br><br>     Plaintiffs,<br>v.<br><br>DESERET MUTUAL BENEFIT ADMINISTRATORS, a Utah corporation,<br><br>     Defendant. | **ORDER GRANTING EX PARTE APPLICATION TO FILE AN OVER-LENGTH MEMORANDUM**<br><br>*Civil No.: 2:14-cv-00602*<br>*Judge David Nuffer*<br>*Magistrate Furse* |

Wherefore, finding good cause, Plaintiffs' Ex Parte Application to File an Over-Length Memorandum[1] is hereby GRANTED pursuant to Rule of Practice 7-1(e) of the United States District Court for the District of Utah.

DATED this 24th day of March, 2015.

BY THE COURT:

_____
Judge David Nuffer
U.S. District Court Judge

---

[1] Docket no. 21, filed Mar. 23, 2015.